CASE NO. 14-CRS-372
INCIDENT NO./TRN:

| THE STATE OF TEXAS | § | IN THE 229TH JUDICIAL DISTRICT |
| | § | |
| V. | § | COURT OF |
| | § | |
| Juan Ruben Sanchez Cerda | § | STARR COUNTY, TX |
| D.O.B. 08/20/1974 | § | |
| | § | |
| State ID No. : TX 08053607 | § | |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/2015 11:29:00 AM
KEITH E. HOTTLE
Clerk

APR 2 2 2015

ELOY R. GARCIA
DISTRICT CLERK STARR CO. TX
BY _____ DEPUTY

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, Judge of the trial court, certify that this criminal case:

__✓__ is not a plea-bargain case, and the defendant has the right of appeal. [or]

_____ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. [or]

_____ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

_____ is a plea-bargain case, and the defendant has NO right of appeal. [or]

_____ the defendant has waived the right of appeal.

_____
**BOBBY FLORES**
**JUDGE PRESIDING**

_____4/22/15_____
DATE SIGNED

I, Defendant, have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last knowing address and that I have only 30 days in which to file a pro se petition for discretionary review in the court of appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison or sate jail unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

_Juan R. Sanchez_
Defendant
Mailing Address:_____
Telephone Number:_____
Fax No. (if any):_____

_TM Alvarez_
Defendant's Counsel
State Bar of Texas ID No. _01126960_
Mailing Address:_RGCC TX 50/NH5h_
Telephone No._987-4752/_
Fax No. _956-987-752/_

*"A Defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case—that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant—a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." Texas Rule of Appellate Procedure 25.2(a)(2).